## 16921. PATTERSON *v.* FARISH & SONS.

BLOODWORTH, J. 1. The first ground of the amendment to the motion for a new trial complains of the admission of certain documentary evidence, but, as the evidence is not set forth in the ground nor attached thereto as an exhibit, this ground can not be considered. *Carson v. State,* 23 *Ga. App.* 535 (3) (98 S. E. 187).

2. There is no merit in the other special ground of the motion.

3. The evidence demanded a verdict for the defendant, and the court did not err in directing such a verdict, nor in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 13, 1926.

Action for money received; from Muscogee superior court—Judge McLaughlin. October 17, 1925.

*Hatcher & Hatcher,* for plaintiff.

*McCutchen, Bowden & Gaggstatter,* for defendants.

---

## 16979. HOWARD *v.* THE STATE.

BLOODWORTH, J. In view of the evidence and the statement of the defendant, and of the entire charge of the court, there is no such material error in any of the excerpts from the charge complained of in the motion for a new trial as requires a reversal of the judgment.

The verdict of voluntary manslaughter was not without evidence to support it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 13, 1926.

Conviction of manslaughter; from Fulton superior court—Judge Howard. October 3, 1925.

*Branch & Howard, J. W. LeCraw, Shackelford & Shackelford,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.